United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-13218-pmm
Charlene V Whitfield  Chapter 13
Charlene V Whitfield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 3
Date Rcvd: Sep 12, 2024          Form ID: pdf900          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene V Whitfield, MAILING ADDRESS, 617A Country Lane, Morton, PA 19070-1129 |
| db | + | Charlene V Whitfield, 5825 Hoffman Avenue, Philadelphia, PA 19143-3924 |
| nof | + | Clarence K. Whitfield, 617A Country Lane, Morton, PA 19070-1129 |
| 14653592 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14659434 | + | Community Loan Servicing LLC, a Delaware Limited Liability Company, c/o Lorraine Gazzara Doyle, Esq., 1 E. Stow Road, Marlton NJ 08053-3118 |
| 14838167 | + | Magerick LLC, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14714487 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14701893 | #+ | Nationstar Mortgage, LLC, c/o Lily C. Calkins, Esq., LOGS Legal Group, LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14653598 | + | Pam Thurmond, Esq, City of Philadelphia, 1401 JFK Blv 5th floor, Philadelphia, PA 19102-1617 |
| 14669580 | + | The City of Philadelphia and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1663 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14690263 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14671112 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14653591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:20:23 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14653590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:19:51 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14669175 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 13 2024 00:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1839 |
| 14653594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 00:17:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14655663 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:20:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774157 | ^ | MEBN | Sep 13 2024 00:03:42 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 14726349 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2024 00:17:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14653597 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 13 2024 00:17:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14653596 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 13 2024 00:17:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14653599 | ^ | MEBN | Sep 13 2024 00:03:31 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14653600 | + | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14653593 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2024 00:17:00 | community loan servicing, 4425 Ponce de Leon Boulevard, Miami, FL 33146-1839 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14653595 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS - Bankruptcy Department, 600 arch Street, Room 5200, PA 19106 |
| 14676090 | *+ | The City of Philadelphia and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1663 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name**     **Email Address**

BERNADETTE IRACE
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC birace@moodklaw.com, bkecf@milsteadlaw.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Land Home Financial Services Inc., as servicer for Magerick LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Charlene V Whitfield bky@dilworthlaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Charlene Whitfield             ) Chapter 13
                                      )
                                      )
                                      )
        Debtor.                       ) Bankruptcy. No. 21-13218

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

**Date: September 12, 2024**

_Patricia M. Mayer_
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge