**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charlene Whitfield                                  CHAPTER 13

      DEBTOR(S)                                          BANKRUPTCY NO: 23-13218

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on October 2, 2024, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated: October 16, 2024                        /s/ Michelle Lee, Esq.
                                                       Dilworth Paxson LLP
                                                       1500 Market Street, Suite 3500E
                                                       Philadelphia, PA 19102