United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-13218-pmm
Charlene V Whitfield Chapter 13
Charlene V Whitfield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 29, 2024      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene V Whitfield, 5825 Hoffman Avenue, Philadelphia, PA 19143-3924 |
| db | + | Charlene V Whitfield, MAILING ADDRESS, 617A Country Lane, Morton, PA 19070-1129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2024 at the address(es) listed below:**

**Name      Email Address**

BERNADETTE IRACE
     on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC birace@moodklaw.com, bkecf@milsteadlaw.com

CHRISTOPHER A. DENARDO
     on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Land Home Financial Services Inc., as servicer for Magerick LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

District/off: 0313-2                                     User: admin                                          Page 2 of 2
Date Rcvd: Oct 29, 2024                            Form ID: pdf900                                  Total Noticed: 2

ecfemails@ph13trustee.com   philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Charlene V Whitfield bky@dilworthlaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charlene Whitfield      :
                               :    Chapter 13
                               :
                               :    Case No. 21-13218
                               :
           Debtor(s).           :

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ 4725.00 and $1600.00 in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $800.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date: **October 29, 2024**          *Patricia M. Mayer*
                                    Bankruptcy Judge