# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Charlene V Whitfield,** | : | **Case No. 21-13218 (PMM)** |
| | : | |
| Debtor . | : | |

## ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #104, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Michelle Lee ("Counsel");

**AND** the Application seeking $2,695.00 in supplemental fees;

**AND** the time sheets attached as an exhibit to the Application show work performed from June 15, 2022 through September 8, 2024;

**BUT** a "no look" fee application having been granted on October 29, 2024 (doc. #108 the "Previous Fee Order");

**AND** the Previous Fee Order having awarded counsel for work performed up to the date of confirmation -- January 19, 2023;

**AND** Counsel having failed to revise the Application and attached time sheets in order to reflect that she has been compensated for pre-confirmation work;

**AND** it is therefore hereby **ORDERED**, that Debtors' Counsel **SHALL APPEAR** for a hearing on **Thursday, January 23, 2025 at 11:00 a.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

Date:  1/13/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**