United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13218-pmm |
| Charlene V Whitfield | Chapter 13 |
| Charlene V Whitfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene V Whitfield, 5825 Hoffman Avenue, Philadelphia, PA 19143-3924 |
| db | + | Charlene V Whitfield, MAILING ADDRESS, 617A Country Lane, Morton, PA 19070-1129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 15, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC birace@moodklaw.com, bkecf@milsteadlaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Land Home Financial Services Inc., as servicer for Magerick LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 2 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Charlene V Whitfield bky@dilworthlaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC rfay@alaw.net,
    bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company rfay@alaw.net,
    bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Charlene V Whitfield, | : | Case No. 21-13218 (PMM) |
| | : | |
| Debtor . | : | |

**ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED**

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #104, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Michelle Lee ("Counsel");

**AND** the Application seeking $2,695.00 in supplemental fees;

**AND** the time sheets attached as an exhibit to the Application show work performed from June 15, 2022 through September 8, 2024;

**BUT** a "no look" fee application having been granted on October 29, 2024 (doc. #108 the "Previous Fee Order");

**AND** the Previous Fee Order having awarded counsel for work performed up to the date of confirmation -- January 19, 2023;

**AND** Counsel having failed to revise the Application and attached time sheets in order to reflect that she has been compensated for pre-confirmation work;

**AND** it is therefore hereby **ORDERED**, that Debtors' Counsel **SHALL APPEAR** for a hearing on **Thursday, January 23, 2025 at 11:00 a.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

_Patricia M. Mayer_

**Date:   1/13/25**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE