United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-13218-pmm
Charlene V Whitfield  Chapter 13
Charlene V Whitfield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jan 23, 2025  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene V Whitfield, 5825 Hoffman Avenue, Philadelphia, PA 19143-3924 |
| db | + | Charlene V Whitfield, MAILING ADDRESS, 617A Country Lane, Morton, PA 19070-1129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

**Name**  **Email Address**

BERNADETTE IRACE
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC birace@moodklaw.com, bkecf@milsteadlaw.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 2 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Charlene V Whitfield bky@dilworthlaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC rfay@alaw.net,
    bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company rfay@alaw.net,
    bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :

: Chapter 13

Charlene Whitfield  :

: Case No. 23-13218

:

Debtor(s).  :

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2695.00 and $ -0- in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

*Patricia M. Mayer*

Dated: **January 23, 2025**

Bankruptcy Judge